JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTOR SHAINSKY, | ) | Case No. CV 17-03568-RGK (GJSx) |
|          Plaintiff(s), | ) | |
| | ) | ORDER DISMISSING ACTION FOR |
|   vs. | ) | LACK OF PROSECUTION |
| ENHANCED RECOVERY COMPANY, LLC, | ) | |
|          Defendant(s). | ) | |
| | ) | |

On June 2, 2017, the Court issued an Order to Show Cause ("OSC") re Dismissal for Lack of Prosecution, requiring a response on or before June 6, 2017. As of today, no response to the OSC has been filed. Therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: July 31, 2017

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE